52 F.3d 314
 Combustion Systems Services, Inc.
v.
Schuylkill Energy Resources, Inc., Bank of New York, Bank of
Nova Scotia, Credit Suisse, New York Branch, ABN Amro Bank,
N.V., Barclays Bank, PLC, Sumitomo Finance (Dublin) Limited,
Reading Anthracite Company, Blount International, Ltd.,
Kleinwort Benson Limited, Lloyds Bank, PLC, First Bank NA,
First National Bank of Minnesota
 NOS. 94-1130, 94-1196
 United States Court of Appeals,
Third Circuit.
 Mar 06, 1995
 Appeal From: E.D.Pa., No. 92-cv-04228
 
 1
 AFFIRMED.